# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERALD THRASH

VERSUS

FREDRICK R. GONZALES

NO.   2020 CW 1341

**MARCH 02, 2021**

In Re:   Gerald Thrash, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0000652.

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff pursuant to the motion for appeal filed on November 2, 2020.  In the event plaintiff seeks to appeal the trial court's September 21, 2020 judgment, he shall submit a new order for appeal to the trial court within fifteen days of this court's order. Additionally, a copy of this court's order is to be included in the appellate record.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT